**STATE of Missouri, Respondent,**

v.

**Ervin D. CARROLL, Jr., Appellant.**

**WD 78128**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 10, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied July 5,
2016.

Application for Transfer Denied
September 20, 2016

Chris Roster, Attorney General, Nathan
J. Aquino, Assistant Attorney General,
Jefferson City, MO, Attorneys for Respon-
dent,

Natalie T. Hull, Assistant Appellate De-
fender, Kansas City, MO, Attorney for Ap-
pellant.

Before Division IV: Álok Ahuja, Chief
Judge, and Mark D. Pfeiffer and Karen
King Mitchell, Judges

**Order**

Per Curiam:

Mr. Ervin Carroll, Jr., appeals the judg-
ment of the Circuit Court of Clay County,
Missouri, finding him guilty, after a jury
trial, of one count of second-degree felony

murder, one count of unlawful use of a weapon, one count of second-degree assault, and one count of armed criminal action. Because a published opinion would serve no jurisprudential purpose, the parties have separately been provided a legal memorandum setting forth the basis for our ruling. The judgment is affirmed. Rule 30.25(b).